IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CRIMINAL MINUTES: X Change of Plea**

USA vs   Ashlea M. Laughlin                                         DATE   01/26/11

Case No.   CR-2-10-74-2          Time   2:01 p.m.        To    2:26 p.m.
==================================================================

Honorable J. Ronnie Greer, U. S. District Judge, Presiding

| Kathy Hopson | Karen Bradley | Helen Smith |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

==================================================================

| DEFENDANT(s) | DEFENSE ATTORNEY(s) |
|---|---|
| Ashlea M. Laughlin | Wayne Stambaugh |

**PROCEEDINGS:**

✔ Defendant(s) Sworn

✔ Court questions defendant(s) regarding physical and mental conditions and advises defendant of nature and possible consequences of plea

Indictment/ ✔ read

✔ Motion of deft to change plea

✔ Plea of Guilty to Count(s)  **2**   ✔ Accepted

✔ Plea Agreement filed

✔ PSI report requested

✔ Remanded to custody of USM

✔ Plea Agreement Taken Under Advisement

**SENTENCING DATE**   June 6, 2011 @ 9:00 a.m.        Before Honorable J. Ronnie Greer