UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 2:10-CR-74(02) |
| | ) |
| ASHLEA M. LAUGHLIN | ) |

**O R D E R**

Sentencing proceedings in this matter will be conducted at 9:00 a.m. on June 6, 2011, in accordance with Local Rule 83.9. In addition, each party shall file with the Court not later than May 23, 2011, a sentencing memorandum setting forth the party's position with respect to a reasonable sentence in the case and specifically addressing the applicability of each of the factors set forth in 18 U. S. C. § 3553(a) and bases for any proposed upward or downward variances from the applicable advisory guidelines range.

Any and all letters to be considered by the Court must be attached to the defendant's sentencing memorandum or they will not be considered by the Court. A copy of this memorandum and the letters shall be provided to the probation officer. If sensitive material is contained in those letters, the defendant shall file a motion to seal any letter containing sensitive material before that letter is electronically filed.

If witnesses will be testifying at the sentencing hearing, the parties shall file a notice at least five (5) working days before the hearing which sets out the number of witnesses that will be called and the estimated time that will be needed for their testimony allowing additional time for cross-examination.

Any request to continue the deadline for the sentencing memorandum and letters shall

be made by written pleading, filed with the Court, no later than five (5) business days prior to the deadline for the sentencing memorandum. Any request to continue the sentencing hearing shall be made by written pleading, filed with the Court, no later than five (5) business days prior to the sentencing hearing.

ENTER:

s/J. RONNIE GREER  
UNITED STATES DISTRICT JUDGE