## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE
<u>CRIMINAL MINUTES: Sentencing</u>

USA v <u> ASHLEA M. LAUGHLIN </u>     Date: <u> 06/06/11 </u>

Case No. <u> CR-2-10-74(2) </u>     Time <u> 1:03 p.m. </u>     To <u> 2:27 p.m. </u>

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |
| Wayne Stambaugh | Helen Smith |
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

[✓] Motion of government for downward departure to guidelines - [✓] granted   [ ] denied

[✓] Deft given opportunity to speak   [✓] accepts   [ ] declines

[✓] Court Pronounces Judgment

| COUNT | IMPRISONMENT | SUPERVISED RELEASE | FINE | ASSESSMENT |
|---|---|---|---|---|
| 2 | 72 months | 3 years | waived | $100.00 due |

**CONDITIONS OF SUPERVISED RELEASE:**

[✓] 13 standard conditions
[✓] no firearms or explosives
[✓] no illegal drugs
[✓] participate in a mental health program as directed by USPO
[✓] participate in a drug and/or alcohol abuse treatment program as directed by USPO
[✓] cooperate w/the collection of DNA as directed
[✓] other:  **If not obtained while in the custody of the Bureau of Prisons, you shall obtain a General Educational Development Degree**

**RECOMMENDATIONS:**

[✓] that defendant be given credit for time served since **7/13/2010**
[✓] other  **receive 500 hours of substance abuse treatment from the Bureau of Prisons' Institution Residential Drug Abuse Treatment Program  /  be afforded the opportunity to participate in and any educational or vocational programs offered by the Bureau of Prisons   /  receive a complete mental health evaluation and appropriate treatment**
[✓] Placed in custody of U.S. Marshal