Honorable Judge Greer,        2:10-cr-74        Oct. 23rd, 2011

Your honor, I would like to take this time to explain a few things aswell as ask a few questions. If you would please take the time to read this thuroughly and consider all the things I've been wanting to let you know. I'm curently enrolled in GED classes at SFF Hazelton, W.V. I've already taken the pre-test and passed with really high scores. I'm now waiting on the official test, which is supposed to be in November. I wrote to the Chaplain today about starting in the Life Connections Program in Texas. This prison doesn't have the RDAP, but I'm going to ask for the interview to be placed on the waiting list. I've stayed out of trouble the whole time I've been incarcerated and I'm trying to get my life together. I'm planning my future with my son and family. I've been wanting to ask if you would please consider giving me a reduction? My son turned three on the 16th of October and I'd give anything to be able to go home and have a second chance at being a mother again. I know that although I was forced to accompany David Jackson in taking his child, it doesn't mean it was right. Please keep in mind that my use of drugs is what lead me to Jackson's company. I've been off of drugs for 16 months now and feel very proud of myself, my family is also proud of me. That's honestly something neither my family nor myself has been able to say in a very long time.

Case 2:10-cr-00074-JRG-MCLC   Document 125   Filed 10/26/11   Page 1 of 1   PageID #: 495

I want to thank you for your time and