2:10-cr-74

To whom it may concern:  2-25-13

    I am writting in regaurds to the motion I sent in September 2012. I'm writting to ask the status of the decision you have made. If you don't mind please write me back with a response to my letter and motion.

    Sincerly,
    Ashlea Laughlin

