UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:10-CR-74(02) |
| | ) | |
| ASHLEA LAUGHLIN | ) | |

**O R D E R**

This criminal matter is before the Court to consider a motion filed by the defendant to be permitted to serve the remainder of her sentence on home confinement or in a halfway house. It is clearly settled that after a defendant is sentenced, the Bureau of Prisons ("BOP"), and not the district judge, has authority to determine when a sentence is deemed to commence, whether defendant should receive credit for time spent in custody before the sentence commenced, whether defendant should be awarded credit for good time, and the place of confinement. 18 U.S.C.A. §§ 3585(a) and (b), 3621(b), 3624(b); *United States v. Wilson,* 503 U.S. 329 (1992); *United States v. Pineyro*, 112 F.3d 43 (2nd Cir. 1997).

Accordingly, this Court does not have jurisdiction to order the relief requested by the defendant, and it is hereby **ORDERED** that the defendant's motion is **DENIED.** [Doc. 153].

E N T E R:

> s/J. RONNIE GREER
> UNITED STATES DISTRICT JUDGE